Filed 5/20/25  P. v. Phillips CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Shasta)

----

| | |
|---|---|
| THE PEOPLE, | C101762 |
| Plaintiff and Respondent, | (Super. Ct. No. 24F00479) |
| v. | |
| SEAN GORDON PHILLIPS, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Sean Gordon Phillips filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  Finding no arguable errors that would result in a disposition more favorable to defendant, we affirm the judgment.

1

# I. BACKGROUND

In January 2024, defendant and an accomplice attacked another inmate. After being approached by defendant and his accomplice, the victim inmate fell backwards onto the ground. Defendant wrestled with the victim while his accomplice kicked the victim several times and punched him in the head. Defendant also punched the victim several times. The victim lost consciousness and was treated for lacerations on his knuckles, a bloody lip, and a bump on his head.

The People charged defendant with battery with serious bodily injury (Pen. Code, § 243, subd. (d)—count 1)[1] and assault with means likely to produce great bodily injury (§ 245, subd. (a)(4)—count 2). The complaint also alleged two prior strikes (§ 1170.12), an enhancement for great bodily injury (§ 12022.7, subd. (a)), and two prior strike convictions (§ 667, subd. (a)(1)). The People amended the complaint to add two more counts of assault with means likely to produce great bodily injury (§ 245, subd. (a)(4)— counts 3 and 4).

In July 2024, defendant agreed to plead no contest to three counts of assault with means likely to produce great bodily injury and to admit one prior strike in exchange for: a 10-year sentence, the People dismissing an open parole petition in another case unrelated to this appeal, and the People dismissing another case unrelated to this appeal. Pursuant to the terms of the plea agreement, the trial court sentenced defendant to an aggregate sentence term of 10 years in state prison, consisting of the midterm of three years, doubled (6 years) on count 2, one-third the midterm, doubled (2 years) on count 3, and one-third the midterm, doubled (2 years) on count 4. The trial court ordered defendant to pay a $300 restitution fine (§ 1202.4), and a stayed $300 parole revocation fine (§ 1202.45).

---

[1] Undesignated statutory references are to the Penal Code.

Defendant appealed.

## II.  DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*Wende, supra*, 25 Cal.3d 436.)  Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed.  More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable error that would result in a disposition more favorable to defendant.

## III.  DISPOSITION

The judgment is affirmed.

/S/

---

RENNER, J.

We concur:

/S/

---

EARL, P. J.

/S/

---

FEINBERG, J.